AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 29, 2026**

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| ANTHONY STALKER, on behalf of himself and all others similarly situated<br>*Plaintiff*<br>v.<br><br>CONTINENTAL SERVICE PLAN INC, a New Jersey corporation<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>Civil Action No.   2:25-CV-00089-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Defendant's Motion to Dismiss, ECF No. 38, is GRANTED.  The above-captioned case is DISMISSED, with prejudice.
Judgment in favor of Defendant.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge    Stan Bastian _____


Date:   4/29/2026 _____        *CLERK OF COURT*


s/Sean F. McAvoy
_____
*Signature of Clerk*